# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LONZA LTD. and LONZA BIOLOGICS INC., | Case No. 19-cv-05667 |
| Plaintiffs, | **JURY TRIAL DEMANDED** |
| v. | |
| SHELFCBDISOLATECRYSTALS.COM D/B/A LONZA BIOLOGICS INC., | |
| Defendant. | |

## COMPLAINT

Plaintiffs Lonza Ltd. and Lonza Biologics Inc. ("Lonza" or "Plaintiffs") hereby bring the present action against shelfcbdisolatecrystals.com d/b/a Lonza Biologics Inc. ("Defendant") and allege as follows:

### I.   JURISDICTION AND VENUE

1.     This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Lanham Act, 15 U.S.C. § 1051, *et seq*., 28 U.S.C. § 1338(a)-(b) and 28 U.S.C. § 1331.  This Court has jurisdiction over the claims in this action that arise under the laws of the State of Illinois pursuant to 28 U.S.C. § 1367(a), because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

2.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391, and this Court may properly exercise personal jurisdiction over Defendant since Defendant directly targets business activities toward consumers in the United States, including Illinois, through at least the fully interactive, commercial website at shelfcbdisolatecrystals.com.   Specifically, Defendant is

soliciting business with Illinois residents by operating one or more commercial, interactive websites through which Illinois residents can purchase products using counterfeit versions of Lonza's trademarks. Defendant has targeted sales from Illinois residents by operating a website that offers shipping to the United States, including Illinois, and has offered for sale products using counterfeit versions of Lonza's federally registered trademarks to residents of Illinois. Defendant is committing tortious acts in Illinois, is engaging in interstate commerce, and has wrongfully caused Lonza substantial injury in the State of Illinois.

## II.   INTRODUCTION

3.     This action has been filed by Lonza to combat Defendant's trading upon Lonza's reputation and goodwill by offering for sale and/or selling unauthorized and unlicensed products, including various CBD products, using Lonza's federally registered trademarks (the "Infringing Products"). Lonza is forced to file this action to combat Defendant's infringement of its registered trademarks, as well as to protect unknowing consumers from purchasing Infringing Products over the Internet. Lonza has been and continues to be irreparably damaged through consumer confusion, dilution, and tarnishment of its valuable trademarks as a result of Defendant's actions, and seeks injunctive and monetary relief.

## III.   THE PARTIES

**Plaintiffs**

4.     Lonza Ltd. and Lonza Biologics Inc. are wholly owned and/or fully controlled subsidiaries of Lonza Group Ltd., a Swiss corporation having a principal place of business at Muenchensteinerstrasse 38, CH-4002 Basel, Switzerland.

5.     Lonza is one of the world's leading suppliers to the pharmaceutical and biotech market, with revenues of over US$ 2 billion in 2018 in the United States alone. Products sold

under the Lonza brand include pharmaceutical and medicinal preparations, various chemical substances, and many other goods and services (collectively, the "Lonza Products").

6.     At least as early as 1955, Lonza adopted the LONZA mark and has continuously sold products in the United States under the LONZA and other trademarks (collectively, the "Lonza Trademarks").  As a result of this long-standing use, the Lonza Trademarks have amassed strong common law trademark rights.  Lonza's use of the Lonza Trademarks has also built substantial goodwill in and to the Lonza Trademarks.  The Lonza Trademarks are famous marks and constitute a valuable asset of Lonza.

7.     Several of the Lonza Trademarks are registered with the United States Patent and Trademark Office, a non-exclusive list of which is included below:

| Registration Number | Trademark | Good and Services |
|---|---|---|
| 0,956,300 | LONZA | For: Adhesive substances used in industry; inorganic and organic salts; acids; bases; saturated and unsaturated aliphatic hydrocarbons; paraffines; aromatic hydrocarbons; organic oxygen compounds such as monovalent and multivalent alcoholates, esters, ketones, aldehydes, ethers, carboxylic acids, anhydrides, hydroxyacids, keto compounds, halogenated fatty acids, organic nitrogen compounds, nitriles, amines, amides, nitro compounds, cyclic compounds, heterocyclic compounds, and compounds containing heteroatoms, organo metallic compounds, inorganic compounds, carbides, nitrides, oxides, silicides, borides, phosphates, phosphines, silicates, inorganic products containing halogen and sulphur; inorganic starting, intermediate, or auxiliary products for chemical and ceramic purposes; industrial gases; catalysts; solvents; dyes for textile fabrics; disinfectants; preparations for killing weeds and destroying vermin; insecticides; pesticides; fungicides; bactericides; germicides; extinguishing compositions; tanning substances; bleaching |

| | | |
|---|---|---|
| | | preparations; emulsifying agents for use in industry; textile and finishing dressing preparations; and synthetic organic surface active purifying and wetting agents; chemical substances for preserving foodstuffs in Class 001.<br><br>For: Paints, varnishes, enamels, lacquers, distempers, and priming preparations in Class 002.<br><br>For: Industrial oils and greases, lubricants, fuels, candles, and tapers in Class 004.<br><br>For: Pharmaceutical and medicinal preparations and antiseptics for human and veterinary use in Class 005. |
| 4,483,125 | LONZA | For: Computer software that provides web-based access to manufacturing operations and testing data through a portal interface all focused on automation, namely, environmental monitoring, utility testing, and product testing; computer hardware and software systems for data capture, collection, labeling and testing in the field of life sciences; data processors and computers; computer peripherals; computer programs and software recorded on data media designed for use in controlling of scientific apparatus and instruments for the transfer of biological molecules into living cells, integration of foreign nucleic acids into the genome of living cells and transient production of proteins; computer software and hardware for mobile collection of sample and testing data in the pharmaceutical, food safety, environmental, forensics, and consumer products industries; computer software for providing an on-line database in the field of transaction processing to upload transactional data, provide statistical analysis, and produce notifications and reports in Class 009.<br><br>For: Business consulting, management, planning and supervision; business management consulting and advisory services, business management and |

| | | |
|---|---|---|
| | | enterprise organization consultancy; business strategic planning services, providing business management information in connection with consulting and advisory services in the field of strategic planning; development of marketing strategies and concepts; business management consultancy as well as development of processes for the analysis and the implementation of strategy plans and management projects; consultation services, namely, creative and strategic consultation regarding development and production of marketing campaigns for others; marketing plan development; planning, design, development, maintenance, tracking and reporting of online marketing activities for others; project management services for others for business purposes; business consultation services, namely, administrative process improvement in Class 035.<br><br>For: Pharmaceutical drug development services; pharmaceutical research and development; scientific laboratory services; scientific and technological services, namely, biological research and analysis; research and research services in the field of the transfer of biological molecules into living cells, integration of foreign nucleic acids into the genome of living cells and transient expression of proteins; scientific research services for others in the field of biochemistry; design and development of computer hardware and software; development and research of new products for others; product development for others; product development consultation; product research and development; information technology consulting services; computer software consulting; consulting services in the fields of selection, implementation and use of computer hardware and software systems for others in Class 042. |
| 4,922,144 | LONZA | For: Custom production and processing of chemicals, ingredients for pharmaceuticals, and cells for research and scientific purposes for others; Manufacture of bacteriological cultures, buffer |

| | | |
|---|---|---|
| | | solution, and reagents to the order and specification of others in Class 040.<br><br>For: Providing instruction in the manufacture of pharmaceuticals, cell cultures, and life science research; educational services, namely, provided classes, seminars, and workshops in the field of the manufacture of pharmaceuticals, cell cultures, and life science research; Arranging, conducting and organization of seminars in the field of the manufacture of pharmaceuticals, cell cultures, and life science research; Providing non-downloadable electronic publications in the nature of articles in the field of the manufacture of pharmaceuticals, cell cultures, and life science research; reference libraries of literature and documentary records in Class 041.<br><br>For: Product research and development; scientific research and development; Research and development in the field of microorganisms and cells in Class 042. |
| 4,639,815 | **Lonza** | For: Chemicals for use in industry and science; chemicals for use in agriculture, horticulture and forestry, except fungicides, herbicides, insecticides and parasiticides; unprocessed artificial resins; unprocessed plastics; manures; tempering preparations and soldering chemicals and fluxes; chemical substances for preserving foodstuffs; tanning agents for use in the manufacture of leather; adhesives used in industry; inorganic and organic salts, namely, carnitine salts and l-carnitine salts; acids, namely, protein and nucleic acids for detection purposes other than for medical and veterinary purposes, docosahexaenoic acids, omega-3 fatty acids and derivatives thereof, carboxylic acid, halogenated fatty acids for industrial, manufacturing, or chemical use, and hydroxyacids; saturated and unsaturated aliphatic hydrocarbons; paraffin; aromatic hydrocarbons; organic oxygen compounds, namely, monovalent and multivalent alcoholates, |

|  |  |  | esters, ketones, aldehydes, ethers, anhydrides, and keto compounds; nitrogen compounds, namely, nitrides, nitriles, amines, and amides; cyclic compounds, namely, heterocyclic compounds and compounds containing heteroatoms; carbides; oxides; silicides; borides; phosphates; phosphines; silicates; inorganic compounds containing halogen and sulphur; catalysts for chemical and biochemical processes; aromatic solvents for industrial and commercial use; fire extinguishing and fire retardant compositions; bleaching preparations for industrial purposes; surface active compounds for general use in the industrial arts, namely, emulsifying agents; wetting agents; chemical compound for use as an antimicrobial agent in the manufacture of household, institutional and industrial cleaners, deodorizers, water based paints and stains, and hydraulic fluids; chemical compounds and additives for use in the manufacture of wood preservatives; chemicals for the treatment of wood, namely, chemicals for the prevention of sap stain; chemical compounds for use in the manufacturing of household and industrial disinfectants and sanitizers; carnitine and its salts and derivates for use in the production of pharmaceutical preparations, dietetic substances and foodstuffs; chemical preparations and reagents for scientific purposes, namely, isolated human and animal cells cryopreserved and in culture for research purposes; diagnostic reagents for biological and pharmaceutical research and chemical reagents for non-medical purposes, namely, the manufacture of pharmaceutical products; endotoxin detection products, namely, assays and reagents for use in pharmaceutical and biotech research; diagnostic reagents for clinical or medical laboratory use; electrophoresis supplies, namely, nucleic acid stains, DNA markers, and loading buffers for non-medical use, electrophoresis gels other than for medical or veterinary purposes; active chemical ingredients for use in the manufacture of personal care products, namely, hair |

|  |  | and skin moisturizing and conditioning agents; chemicals for the treatment of water and wastewater; water treatment chemicals for use in swimming pools and spas in Class 001.

For: Dyes for textile fabrics; paints; varnishes; lacquers; preservatives against rust in the nature of a coating; anti-corrosive and anti-fouling compositions, namely, paints and coatings; anti-corrosive oils; chemical wood preservatives to prevent decay, deterioration, insect damage and rot; wood preservatives; colorants; raw natural resins; wood stains; enamel paints; distempers; priming preparations and base coats, namely, paints; coating preparations having water repellant properties; waterproof paints; coatings for wood as paints in Class 002.

For: Antimicrobial preservatives for cosmetics and pharmaceuticals; pharmaceutical and veterinary preparations for the treatment of genetic malfunction in gene therapy, viral and infectious diseases, cardiovascular diseases, lung diseases, neurological diseases, and cancer; sanitary preparations for medical purposes; dietetic food and substances adapted for medical or veterinary use; food for babies; dietary supplements for humans and animals; medical plasters; bandages for dressings; medical dressings; all purpose disinfectants; disinfectants for hygienic and sanitary purposes; multi-purpose disinfectants for household, institutional and industrial use; antimicrobial preservatives for use in the manufacture of cosmetics and toiletries; preparations for destroying vermin; fungicides; herbicides; preparations for killing weeds; insecticides; pesticides; bactericides; germicides; algaecides; preparations for destroying snails and mollusks; cell culture media for medical or clinical use and for scientific research, namely, for cultivating human cells, animal cells, and plant cells; |

| | | |
|---|---|---|
| | | antitoxic sera; sera and reagents for biological and pharmaceutical research and for the manufacture of pharmaceutical products; serum-free cell growth media for medical or clinical use; cell culture reagents for medical or clinical use; endotoxin detection assays and reagents for medical or clinical use; deodorizers and sanitizers for industrial and household use; l-carnitine, salts, and derivatives thereof for pharmaceutical use, namely, for the treatment or prevention of cardiovascular diseases, cancer diseases, kidney diseases, diseases and disorders of fat and glucose metabolism, primary and secondary l-carnitine deficiency, male infertility, mental and cognitive diseases, liver diseases, HIV and AIDS, trauma and sepsis, malnutrition, aging and bone loss, or as ingredients of pharmaceutical preparations; l-carnitine, salts and derivatives thereof as dietetic substances adapted for medical use and foodstuffs for medical use; dietary supplements and preparations for treating colds; algaecides, bactericides and virucides for use in recirculating water systems, swimming pools and spas; antiseptics for human and veterinary use in Class 005. |
| 5,222,498 | **Lonza** | For: Custom manufacturing services for others for personal care products, hygiene and preservation products, nutritional products for humans and animals, pharmaceutical products, agricultural products, residential and industrial water treatment products, industrial wood protection products, industrial coatings, adhesives, sealants, lubricants and anticorrosion products, antimicrobial products for industrial, institutional and household uses, and chemical and biochemical products for scientific use in Class 040.<br><br>For: Product research and development; scientific research and development; research and development in the field of microorganisms and cells in Class 042. |

8.     The above U.S. registrations for the Lonza Trademarks are valid, subsisting, in full force and effect, and some are incontestable pursuant to 15 U.S.C. § 1065.  The registrations for the Lonza Trademarks constitute *prima facie* evidence of their validity and of Lonza's exclusive right to use the Lonza Trademarks pursuant to 15 U.S.C. § 1057(b).  The Lonza Trademarks have been used exclusively and continuously in the United States by Lonza, some since at least as early as 1955, and have never been abandoned.   True and correct copies of the United States Registration Certificates for the above-listed Lonza Trademarks are attached hereto as **Exhibit 1**.

9.     The Lonza Trademarks are exclusive to Lonza, and are displayed extensively on Lonza Products and in Lonza's marketing and promotional materials.  Typically, at least one of the Lonza Trademarks are included on Lonza Products.  Lonza Products have been extensively promoted and advertised at great expense.  In fact, Lonza has expended significant resources annually in advertising, promoting and marketing featuring the Lonza Trademarks.  Because of these and other factors, the Lonza name and the Lonza Trademarks have become famous throughout the United States.

10.     The Lonza Trademarks are distinctive when applied to the Lonza Products, signifying to the purchaser that the products come from Lonza and are manufactured to Lonza's quality standards.  The Lonza Trademarks have achieved fame and recognition in the relevant markets, which has only added to the inherent distinctiveness of the marks.  As such, the goodwill associated with the Lonza Trademarks is of incalculable and inestimable value to Lonza.

11.     Lonza has expended substantial time, money, and other resources in developing, advertising and otherwise promoting the Lonza Trademarks.  As a result, products bearing the Lonza Trademarks are widely recognized and exclusively associated by consumers, the public, and the trade as being high-quality products sourced from Lonza.

**The Defendant**

12.     Defendant conducts business throughout the United States, including within the State of Illinois and this Judicial District, through at least the operation of the fully interactive, commercial website at shelfcbdisolatecrystals.com.  Defendant targets the United States, including Illinois residents, and has offered to sell, Infringing Products to consumers within the state of Illinois through the website at shelfcbdisolatecrystals.com.

## IV.   DEFENDANT'S UNLAWFUL CONDUCT

13.     Defendant operates a fully interactive, commercial website located at shelfcbdisolatecrystals.com.

14.     Defendant is engaged in designing, manufacturing, advertising, promoting, distributing, selling, and/or offering for sale products on its website at shelfcbdisolatecrystals.com bearing at least one logo, source-identifying indicia and design elements, that are studied imitations, infringements, and/or counterfeits of Plaintiffs' Lonza Trademarks (previously defined as the "Infringing Products").

15.     Plaintiffs' investigator visited Defendant's website at shelfcbdisolatecrystals.com and attempted to purchase Infringing Products.

16.     The Infringing Products were offered for sale to Plaintiffs' investigator and offered to ship to the State of Illinois.

17.     A comparison of the Lonza Trademarks to Defendant's website at shelfcbdisolatecrystals.com selling and/or offering for sale Infringing Products exemplifies Defendant's infringement of U.S. Trademark Registration No. 0,956,300 for the "LONZA" word mark owned by Lonza, U.S. Trademark Registration No. 4,483,125 for the "LONZA" word mark owned by Lonza, U.S. Trademark Registration No. 4,922,144 for the "LONZA" word mark owned

by Lonza, U.S. Trademark Registration No. 4,639,815 for a stylized "LONZA" design mark owned by Lonza, and U.S. Trademark Registration No. 5,222,498 for a stylized "LONZA" design mark owned by Lonza. True and correct copies of screenshot printouts showing Defendant's fully interactive commercial website located at shelfcbdisolatecrystals.com are attached as **Exhibit 2**.

| Lonza Trademarks | Defendant's Infringement of the Lonza Trademarks |
|---|---|
| LONZA<br>(Reg. Nos. 0,956,300; 4,483,125; 4,922,144) |  |

LONZA CONTACT
DETAILS (Available on
Whatsapp)

2228 Allen Dr, Salisbury, MD 21801,
USA

+1 (774) 482-0711

© 2019 LONZA BIOLOGICS INC. All Rights Reserved.

**Lonza**
(Reg. Nos. 4,639,815; 5,222,498)



18.     Upon information and belief, Defendant is well aware of the extraordinary fame and strength of the Lonza Trademarks and the goodwill associated therewith. In fact, the photo of the facility on Defendant's website is a genuine facility of Plaintiffs, located at 2228 Allen Dr., Salisbury, MD 21801, USA.

19.     Defendant, without any authorization, license, or other permission from Lonza, has used the Lonza Trademarks in connection with the advertisement, distribution, offering for sale of

the Infringing Products into the United States and Illinois over the Internet. Further, Defendant has actually advertised on its website that it is selling the Infringing Products on behalf of Lonza.

20.     Defendant's use of infringements and/or counterfeits of the Lonza Trademarks in the advertisement, distribution, offering for sale of the Infringing Products was willful.

21.     Defendant's willful use of infringements and/or counterfeits of the Lonza Trademarks in connection with the advertisement, distribution, offering for sale of the Infringing Products, including offering for sale of Infringing Products into Illinois, is likely to cause and has caused confusion, mistake, and deception by and among consumers and is irreparably harming Plaintiffs.

**COUNT I**
**TRADEMARK INFRINGEMENT AND COUNTERFEITING (15 U.S.C. § 1114)**

22.     Lonza hereby re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

23.     This is a trademark infringement action against Defendant based on Defendant's unauthorized use in commerce of counterfeit imitations of the federally registered Lonza Trademarks in connection with the offering for sale, distribution, and/or advertising of infringing goods. The Lonza Trademarks are highly distinctive marks. Consumers have come to expect the highest quality from Lonza Products offered, sold or marketed under the Lonza Trademarks.

24.     Defendant has offered to sell, marketed, distributed and/or advertised, and is still offering to sell, marketing, distributing and/or advertising products using counterfeit reproductions of the Lonza Trademarks without Lonza's permission.

25.     Lonza is the exclusive owner of the Lonza Trademarks. Lonza's United States Registrations for the Lonza Trademarks (**Exhibit 1**) are in full force and effect. Upon information and belief, Defendant has knowledge of Lonza's rights in the Lonza Trademarks, and is willfully

14

infringing and intentionally using counterfeits of the Lonza Trademarks. Defendant's willful, intentional, and unauthorized use of the Lonza Trademarks is likely to cause and is causing confusion, mistake, and deception as to the origin and quality of the Infringing Products among consumers.

26. Defendant's activities constitute willful trademark infringement and counterfeiting under Section 32 of the Lanham Act, 15 U.S.C. § 1114.

27. Lonza has no adequate remedy at law, and if Defendant's actions are not enjoined, Lonza will continue to suffer irreparable harm to its reputation and the goodwill of its well-known Lonza Trademarks.

28. The injuries and damages sustained by Lonza have been directly and proximately caused by Defendant's wrongful reproduction, use, advertisement, promotion, offering to sell, and/or sale of Infringing Products.

## COUNT II
## FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a))

29. Lonza hereby re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

30. Defendant's promotion, marketing, offering for sale of Infringing Products has created and is creating a likelihood of confusion, mistake, and deception among consumers as to the affiliation, connection, or association with Lonza or the origin, sponsorship, or approval of Defendant's Infringing Products by Lonza.

31. By using the Lonza Trademarks in connection with the offering for sale, distribution, and/or advertising of the Infringing Products, Defendant creates a false designation of origin and a misleading representation of fact as to the origin and sponsorship of the Infringing Products.

15

32.     Defendant's false designation of origin and misrepresentation of fact as to the origin and/or sponsorship of the Infringing Products to consumers involves the use of counterfeit marks and is a willful violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125.

33.     Lonza has no adequate remedy at law and, if Defendant's actions are not enjoined, Lonza will continue to suffer irreparable harm to its reputation and the goodwill of its Lonza brand.

**COUNT III**
**VIOLATION OF ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES ACT**
**(815 ILCS § 510, *et seq.*)**

34.     Lonza hereby re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

35.     Defendant has engaged in acts violating Illinois law, including, but not limited to, passing off its Infringing Products as those of Lonza; causing a likelihood of confusion and/or misunderstanding as to the source of its goods; causing a likelihood of confusion and/or misunderstanding as to an affiliation, connection, or association with genuine Lonza Products; representing that its Infringing Products have Lonza's approval when they do not; and other conduct which creates a likelihood of confusion or misunderstanding among consumers.

36.     The foregoing Defendant's acts constitute a willful violation of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq*.

37.     Lonza has no adequate remedy at law, and Defendant's conduct has caused Lonza to suffer damage to its reputation and goodwill.  Unless enjoined by the Court, Lonza will suffer future irreparable harm as a direct result of Defendant's unlawful activities.

### PRAYER FOR RELIEF

WHEREFORE, Lonza prays for judgment against Defendant as follows:

1) That Defendant, its affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with it be temporarily, preliminarily, and permanently enjoined and restrained from:

    a. using the Lonza Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Lonza Product or is not authorized by Lonza to be sold in connection with the Lonza Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Lonza Product or any other product produced by Lonza, that is not Lonza's or not produced under the authorization, control, or supervision of Lonza and approved by Lonza for sale under the Lonza Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendant's Infringing Products are those sold under the authorization, control or supervision of Lonza, or are sponsored by, approved by, or otherwise connected with Lonza; and

    d. further infringing the Lonza Trademarks and damaging Lonza's goodwill;

2) Entry of an Order that, at Plaintiffs' choosing, the registrant of Defendant's website at shelfcbdisolatecrystals.com shall be changed from the current registrant to Plaintiffs, and that the domain name registry for Defendant's website at shelfcbdisolatecrystals.com, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, shall unlock and change the registrar of record for Defendant's website at shelfcbdisolatecrystals.com to a registrar of Plaintiffs' selection, and that the domain

name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), shall take any steps necessary to transfer Defendant's website at shelfcbdisolatecrystals.com to a registrar account of Plaintiffs' selection; or that the same domain name registry shall disable Defendant's website at shelfcbdisolatecrystals.com and make them inactive and untransferable;

3) Entry of an Order that, upon Plaintiffs' request, those in privity with Defendant and those with notice of the injunction, including, without limitation, any web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, Internet search engines such as Google, Bing and Yahoo, and domain name registrars, including, but not limited to, GoDaddy, Name.com, PDR, and Namecheap, (collectively, the "Third Party Providers") shall:

    a. disable and cease providing services being used by Defendant, currently or in the future, to engage in the sale of goods using the Lonza Trademarks;

    b. disable and cease displaying any advertisements used by or associated with Defendant in connection with the sale of counterfeit and infringing goods using the Lonza Trademarks; and

    c. take all steps necessary to prevent links to Defendant's website at shelfcbdisolatecrystals.com from displaying in search results, including, but not limited to, removing links to Defendant's website at shelfcbdisolatecrystals.com from any search index;

4) That Defendant account for and pay to Lonza all profits realized by Defendant by reason of Defendant's unlawful acts herein alleged, and that the amount of damages for infringement of

the Lonza Trademarks be increased by a sum not exceeding three times the amount thereof as provided by 15 U.S.C. § 1117;

5) That Lonza be awarded statutory damages for willful trademark counterfeiting pursuant to 15 U.S.C. § 1117(c)(2) of two million dollars ($2,000,000) for each and every use of the Lonza Trademarks;

6) That Lonza be awarded its reasonable attorneys' fees and costs; and

7) Award any and all other relief that this Court deems just and proper.

**JURY DEMAND**

Pursuant to Fed. R. Civ. P. 38, Lonza hereby demands a trial by jury as to all issues so triable.

Dated this 22nd day of August 2019.        Respectfully submitted,

/s Lawrence J. Crain
Lawrence J. Crain
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
lcrain@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiffs Lonza Ltd. and Lonza Biologics Inc.*

19